UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGINALD WALTER,

    Applicant,

v.                                                CASE NO. 8:22-cv-2121-SDM-AAS

SECRETARY, Department of Corrections,

    Respondent.
_____/

## ORDER

    Although he neither paid the $5.00 filing fee nor requested leave to proceed *in forma pauperis*, Walter applied for the writ of habeas corpus. (Doc. 1) An earlier order (Doc. 3) advises Walter that under Local Rule 6.04(b) his failure either to timely pay the fee or to timely request leave to proceed as a pauper would result in the dismissal of this action without further notice. The deadline passed more than thirty days ago without Walter's response to the order, which, although apparently delivered to Walter, was not returned as undelivered. Because Walter has not contacted the court about this action, dismissal for want of prosecution is appropriate.

    The application for the writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice for Walter's not complying with the earlier order. (Doc. 3) The clerk must **CLOSE** this case.

    ORDERED in Tampa, Florida, on March 28, 2023.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE